UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
JANET FOSTER,                                              JUDGMENT

                                                                                                        13-CV- 3004 (JG)

            Petitioner,

   -against-

UNITED STATES OF AMERICA,

            Respondent.
--------------------------------------------------X

        An Order of Honorable John Gleeson, United States District Judge, having been filed on November 15, 2013, denying Petitioner's motion for a writ of error coram nobis; and ordering that no Certificate of Appealability will be issued; it is

        ORDERED and ADJUDGED that Petitioner's motion for a writ of error coram nobis is denied; and that no Certificate of Appealability will be issued.

Dated: Brooklyn, New York                                       Douglas C. Palmer
      November 15, 2013                                           Clerk of Court

                                                    by:     */s/ Janet Hamilton*
                                                                  Deputy Cletk