UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
JANET FOSTER,                                          JUDGMENT
                                                       13-CV- 3004 (JG)
                Petitioner,

    -against-

UNITED STATES OF AMERICA,

               Respondent.
--------------------------------------------------X

        An Order of Honorable John Gleeson, United States District Judge, having been filed on November 15, 2013, denying Petitioner's motion for a writ of error coram nobis; and ordering that no Certificate of Appealability will be issued; it is

        ORDERED and ADJUDGED that Petitioner's motion for a writ of error coram nobis is denied; and that no Certificate of Appealability will be issued.

| | |
|---|---|
| Dated: Brooklyn, New York<br>      November 15, 2013 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>       Deputy Cletk |